

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00295-CV

| | | |
|---|---|---|
| Parkerson A. Johnson | § | From County Court at Law No. 1 |
| | § | of Tarrant County (2016-002147-1) |
| v. | | |
| | § | September 29, 2016 |
| Herrera, Marleny; ACCC Insurance Company; and ACCC General Agency | § | Opinion by Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Bonnie Sudderth_____
       Justice Bonnie Sudderth